# Third District Court of Appeal

## State of Florida

Opinion filed January 27, 2021.

_____

No. 3D20-717
Lower Tribunal No. 17-29422
_____

**Adrian Santos,**
Appellant,

vs.

**City of Miami, etc., et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Mavel Ruiz, Judge.

The Cunill Law Firm, P.A., and Andrea S. Cunill, for appellant.

Victoria Méndez, City Attorney, and John A. Greco, Deputy City Attorney, for appellees.

Before FERNANDEZ, SCALES, and HENDON, JJ.

<u>ON CONFESSION OF ERROR</u>

PER CURIAM.

Adrian Santos appeals the trial court's Order Granting Defendant's Motion to Dismiss, Denying Plaintiff's Motion for rehearing and Final Judgment. Santos' original complaint alleged three counts against the City of Miami and Armando Aguilar, Jr. (collectively "The City"). The original complaint was dismissed without prejudice and Santos was allowed 30 days to file an amended complaint, which he timely filed. The City filed a motion to dismiss the amended complaint and, without conducting a hearing, the trial court entered the order presently on appeal; however, the order is directed to the original complaint and not the amended complaint.

In its answer brief the City commendably confesses error and requests that we reverse and remand for the trial court to consider its motion to dismiss the amended complaint, and we do so now.

Reversed and remanded for further proceedings.